

MICHAEL A. CARDOZO
*Corporation Counsel*

# THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

Pernell M. Telfort
*Assistant Corporation Counsel*
Tel.: (212) 442-4050
Fax: (212) 788- 9776
ptelfort@law.nyc.gov

April 11, 2012

**VIA ECF**
Honorable William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: <u>Candace Carponter v. City of New York et. al.</u>,
            11-CV-6031 (WFK) (SMG)

Your Honor:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, and the attorney assigned to represent the defendant City of New York. I write, on behalf of the parties, to inform the Court that the parties have agreed to settle this matter without further litigation. Accordingly, the parties respectfully request that the Court adjourn, *sine die*, all previously scheduled dates.

      Pursuant to the above agreement, defendants are in the process of forwarding to plaintiff for execution the appropriate settlement documents, including a Stipulation of Settlement and Order of Dismissal. Once this office receives the documents, defendant City of New York will forward the fully executed stipulation for the Court's endorsement.

      Thank you for your consideration herein.

                        Respectfully submitted,

                        Pernell M. Telfort
                        Assistant Corporation Counsel

cc: <u>Via ECF</u>
    Honorable Steven M. Gold
    Candace C. Carponter